UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CHINA INTERNATIONAL MARINE CONTAINERS (GROUP) LTD, *et al*, | § § § § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 4:15-CV-01887 |
| | § § | |
| JIANGXI OXYGEN PLANT CO., LTD, | § § | |
| Defendant. | § | |

## **OPINION AND ORDER**

Plaintiffs' Motion for Entry of Final Judgment ("Motion"). Doc. 20. After careful consideration of the filings, record, and law, the Court is of the opinion that Plaintiffs' Motion should be granted.

On May 13, 2016, Plaintiffs filed their Motion for Entry of Default and for Default Judgment, Doc. 11. On February 19, 2017, the Court granted that motion, Doc. 18, and issued a permanent injunction prohibiting Defendant Jiangxi Oxygen Plant Co., Ltd, its officers, agents, servants, employees, successors, assigns and attorneys, and all other in concert and privity with them from:

1. Any further acts of infringement of Plaintiffs' U.S. Patent No. 6,012,598 ("the '598 Patent"), including contributory infringement of the '598 Patent or inducing others to infringe the '598 Patent.

2. Directly or indirectly exporting or causing, aiding, abetting or contributing to the export of any freight container or similar products from China or any other country to the United States that infringe the '598 Patent.

3. Directly or indirectly making, using, offering for sale, selling, and or importing into the

1 / 2

United States any freight container or similar products that infringe the '598 Patent.

Plaintiffs do not seek damages, and ask for entry of a final judgment. The Court has already considered whether to grant final default judgment in the immediately prior opinion, Doc. 18, and that analysis is adopted into this order without repetition. Accordingly, it is hereby

**ORDERED** that Plaintiffs' Motion, Doc. 20, is **GRANTED**. A final judgment will issue by separate order.

SIGNED at Houston, Texas, this 2nd day of February, 2018.

                                      MELINDA HARMON
                              UNITED STATES DISTRICT JUDGE